

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/11/2022 11:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:21-bk-05165-LVV** | 13 | **11/14/2021** |

**Chapter 13**

**DEBTOR:**   Kathy Duerson-Love

**DEBTOR ATTY:**   Samuel Pennington

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Emergency Motion by Debtor to Extend Automatic Stay (Doc #15)
Prior Cases:
89-40314, Chapter 13 filed in Eastern Michigan 1/17/1989
10-55125, Chapter 7 filed in Eastern Michigan 5/06/2010, Discharged 8/17/2010
18-06515-LVV, Chapter 13 filed 10/20/2018, Dismissed 10/06/2021 for failure to maintain plan payments

**APPEARANCES:**:
Laurie Weatherford: Trustee; Sam Pennington: Debtor

**RULING:**
Emergency Motion by Debtor to Extend Automatic Stay   (Doc #15) - Granted; order by Pennington

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.