**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                                    CASE NO.: 6:21-bk-05165-LVV
                                                                                                                                                CHAPTER 13

**KATHY LEE DUERSON-LOVE**
  *aka Kathy Duerson*
  *aka Kathy L Duerson Love*
  *aka Kathy Duerson-Love*
               **Debtor**                /

**OBJECTION TO CLAIM #8-1 AS FILED BY**
**<u>CORNERSTONE COMMUNITY FINANCIAL CREDIT UNION #3885</u>**
**PURSUANT TO RULE 2002-4**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

     If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, George C. Young Federal Building, Attn: Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

     If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

     You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

     COME NOW Debtor, KATHY LEE DUERSON-LOVE, by and through the undersigned counsel, and file this Objection to Claim #8-1 of Cornerstone Community Financial Credit Union #3885, and the Debtors state as follows:

1. Debtor agrees that the full balance due is $3,069.47 as filed in Creditor's Proof of Claim.

2. The Creditor's claim requests principal to be paid at the interest rate of 18.24%.

3. Debtors believe the interest rate to be unreasonable and request the court to allow the claim to be paid at a more reasonable interest rate of 5.25%.

WHEREFORE, Debtors, by and through the undersigned counsel, requests an order sustaining this objection and disallowing Claim #8-1 of Cornerstone Community Financial Credit Union #3885 as filed and allowing the claim to be paid at the reasonable rate of 5.25% and order such other and further relief as is just and proper.

Respectfully submitted,

/s/SAMUEL R. PENNINGTON
Samuel R. Pennington
FBN:  0779326
Pennington Law Firm, PA
P.O. Box 1326
Tavares, FL  32778
Telephone: (352)508-8277
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing transmission and/or U.S. First Class Mail, postage prepaid, to Laurie Weatherford, Chapter 13 Trustee; Cornerstone Community Financial Credit Union, c/o Officer, Manager or Registered Agent, P.O. Box 2191, Royal Oak, MI  48068; Cornerstone Community Financial Credit Union, c/o Officer, Manager or Registered Agent, 2955 University Drive, Auburn Hills, MI  48326; Cornerstone Community Financial Credit Union, c/o Leduc Frank, Attm:  Chris Frank, P.O. Box 2191, Royal Oak, MI  48068; and to the Debtor, 831 Oakley Seaver Drive, Apt 512, Clermont, FL  34715-5655 on this 13th Day of January 2022.

/s/SAMUEL R. PENNINGTON
Samuel R. Pennington
Pennington Law Firm, PA