**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Debtor(s)  KATHY LEE DUERSON-LOVE

CASE NO.:  6:21-bk-5165-LVV

## AMENDED CHAPTER 13 PLAN

### A. NOTICES.

**Debtor must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section E. | ☐ Included | ■ Not included |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO CREDITOR/LESSOR [PLEASE ENTER NAME TO THE RIGHT] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☐ Included | ■ Not included |

**NOTICE TO DEBTOR: IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.**

**SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.**

### B. MONTHLY PLAN PAYMENTS.

**Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of 36 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors**

1. $440.00   from months   1   through   36   ;

---

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**C.    PROPOSED DISTRIBUTIONS.**

**1.    ADMINISTRATIVE ATTORNEY'S FEES.**

| | | | | | |
|---|---|---|---|---|---|
| **Base Fee** | $4,500.00 | **Total Paid Prepetition** | $1,218.00 | **Balance Due** | $3,282.00 |
| **MMM Fee** | $0.00 | **Total Paid Prepetition** | $0.00 | **Balance Due** | $0.00 |

**Estimated Monitoring Fee at**     $50.00     **per Month.**

**Attorney's Fees Payable Through Plan at**     See Exhibit A     **Monthly (subject to adjustment).**

☒ NONE    **2.  DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)).**

☒ NONE    **3.    PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

**4.    TRUSTEE FEES.** From each Plan Payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

**5.    SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

☒ NONE    **(a)    Claims Secured by Debtor`s Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| ☑ NONE | **(b)** **Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5)**. Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's real property. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims. Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column. |
|---|---|

| ☑ NONE | **(c)** **Claims Secured by Real Property - Debtor Seeks Mortgage Modification Mediation (MMM). No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's procedure manual on the Court's website, www.flmb.uscourts.gov.** Pending the resolution of the MMM, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims. |
|---|---|

| ☐ NONE | **(d)** **Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance. |
|---|---|

| | Last Four Digits of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|---|
| 1. | 2224 | Chrysler Capital/ Santander | 2015 Dodge Journey | $13,146.89 | $4,480.00 | See Exhibit A | 5.25% |

| ☑ NONE | **(e)** **Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under 11 U.S.C. § 506 to determine secured status and to strip a lien. |
|---|---|

☐ NONE

**(f)    Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either:  (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| | Last Four Digits of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| 1. | 0006 | Cornerstone Comm FCU | 2016 Nissan Sentra | $3,069.47 | See Exhibit A | 5.25% |

☑ NONE

**(g)    Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

☑ NONE

**(h)    Claims Secured by Personal Property  - Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1322(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

☑ NONE

**(i)    Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C. § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

☑ NONE

**(j)    Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

☑ NONE

**(k)    Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

6.    **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases and executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

| | |
|---|---|
| ■ NONE | **(a)    Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims. |
| ■ NONE | **(b)    Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C. § 1328(a), Debtor will not receive a discharge of personal liability on these claims. |
| ■ NONE | **(c)    Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. |

7.    **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $1,770.49         .

**D.    GENERAL PLAN PROVISIONS:**

1.    Secured creditors, whether or not provided for under the Plan, shall retain the liens securing such claims.

2.    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by order of the Court.

3.    If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

☐    (a) shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

■    (b) shall vest in Debtor upon confirmation of the Plan.

4.      The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5.      Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6.      Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

---

**E.      NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this Section are deemed void and are stricken.

---

## CERTIFICATION

**By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.**

**SIGNATURE(S):**

Debtor(s)

/s/Kathy Duerson-Love                                           Date  3/9/2022

                                                                Date

<u>Attorney for Debtor(s)</u>

/s/Samuel R. Pennington                                                      Date  3/9/2022

| | | Claim Amt | | Debtor Pmt | | | $3,282.00 | $1,500.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| **Duerson-Love** | | **DUE DATE** | | | | | | | |
| **21-5165** | | 12/14/2021 | Total Due | | 10.0% | | Atty | Atty | MI Dept Treasu |
| | | Unsecured | | Debtor Pmt | Tee Fee | | Fees | Maintenance | |
| | 60 | | 36 | | | | | | |
| 12/14/2021 | 1 | $0.00 | | $440.00 | $44.00 | | $295.94 | $0.00 | $0.00 |
| 1/14/2022 | 2 | $0.00 | $880.00 | $440.00 | $44.00 | | $295.94 | $0.00 | $0.00 |
| 2/14/2022 | 3 | $0.00 | $1,320.00 | $440.00 | $44.00 | | $295.94 | $0.00 | $0.00 |
| 3/14/2022 | 4 | $0.00 | $1,760.00 | $440.00 | $44.00 | | $295.94 | $0.00 | $0.00 |
| 4/14/2022 | 5 | $0.00 | $2,200.00 | $440.00 | $44.00 | | $295.94 | $0.00 | $0.00 |
| 5/14/2022 | 6 | $0.00 | $2,640.00 | $440.00 | $44.00 | 6 at | $295.94 | 6 at $0.00 | $0.00 |
| 6/14/2022 | 7 | $0.00 | $3,080.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 7/14/2022 | 8 | $0.00 | $3,520.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 8/14/2022 | 9 | $0.00 | $3,960.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 9/14/2022 | 10 | $0.00 | $4,400.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 10/14/2022 | 11 | $0.00 | $4,840.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 11/14/2022 | 12 | $0.00 | $5,280.00 | $440.00 | $44.00 | | $192.56 | $50.00 | $0.00 |
| 12/14/2022 | 13 | $0.00 | $5,720.00 | $440.00 | $44.00 | 7 at | $192.56 | $50.00 | $0.00 |
| 1/14/2023 | 14 | $0.00 | $6,160.00 | $440.00 | $44.00 | 1 at | $158.44 | $50.00 | $0.00 |
| 2/14/2023 | 15 | $0.00 | $6,600.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 3/14/2023 | 16 | $0.00 | $7,040.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 4/14/2023 | 17 | $0.00 | $7,480.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 5/14/2023 | 18 | $0.00 | $7,920.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 6/14/2023 | 19 | $0.00 | $8,360.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 7/14/2023 | 20 | $0.00 | $8,800.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 8/14/2023 | 21 | $0.00 | $9,240.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 9/14/2023 | 22 | $0.00 | $9,680.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 10/14/2023 | 23 | $0.00 | $10,120.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 11/14/2023 | 24 | $0.00 | $10,560.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 12/14/2023 | 25 | $0.00 | $11,000.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 1/14/2024 | 26 | $0.00 | $11,440.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 2/14/2024 | 27 | $0.00 | $11,880.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 3/14/2024 | 28 | $0.00 | $12,320.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 4/14/2024 | 29 | $0.00 | $12,760.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 5/14/2024 | 30 | $0.00 | $13,200.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 6/14/2024 | 31 | $0.00 | $13,640.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 7/14/2024 | 32 | $25.28 | $14,080.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 8/14/2024 | 33 | $346.00 | $14,520.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 9/14/2024 | 34 | $346.00 | $14,960.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 10/14/2024 | 35 | $346.00 | $15,400.00 | $440.00 | $44.00 | | $0.00 | $50.00 | $0.00 |
| 11/14/2024 | 36 | $346.00 | $15,840.00 | 36 at $440.00 | $44.00 | | $0.00 | 30 at $50.00 | $0.00 |
| 12/14/2024 | 37 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 1/14/2025 | 38 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 2/14/2025 | 39 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 3/14/2025 | 40 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 4/14/2025 | 41 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 5/14/2025 | 42 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 6/14/2025 | 43 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 7/14/2025 | 44 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8/14/2025 | 45 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 9/14/2025 | 46 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 10/14/2025 | 47 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 11/14/2025 | 48 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 12/14/2025 | 49 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 1/14/2026 | 50 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 2/14/2026 | 51 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 3/14/2026 | 52 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 4/14/2026 | 53 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 5/14/2026 | 54 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 6/14/2026 | 55 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 7/14/2026 | 56 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8/14/2026 | 57 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 9/14/2026 | 58 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 10/14/2026 | 59 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 11/14/2026 | 60 | $0.00 | $15,840.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | |
| | | $1,409.28 | | $15,840.00 | $1,584.00 | | $3,282.00 | $1,500.00 | |
| | | $7,121.79 | | | | | ATTY | | |
| | | 20% | | | | | | | |
| $0.00 | | KO | | | | | | | |
| | | | | | | | 0.00 | 0.00 | #VALUE! |

| Date | # | | | Santander | | | Cornerstone |
|---|---|---|---|---|---|---|---|
| | | | | $4,810.56 | | | $3,254.16 |
| **Duerson-Love** | | | | $4,480 | | | $3,069.47 |
| **21-5165** | | | | Santander | | | Cornerstone |
| | | | | | | | |
| | 60 | | | #2224 | | | #0006 |
| 12/14/2021 | 1 | | | $50.05 | | | $50.01 |
| 1/14/2022 | 2 | | | $50.05 | | | $50.01 |
| 2/14/2022 | 3 | | | $50.05 | | | $50.01 |
| 3/14/2022 | 4 | | | $50.05 | | | $50.01 |
| 4/14/2022 | 5 | | | $50.05 | | | $50.01 |
| 5/14/2022 | 6 | 6 | at | $50.05 | 6 | at | $50.01 |
| 6/14/2022 | 7 | | | $88.95 | | | $64.49 |
| 7/14/2022 | 8 | | | $88.95 | | | $64.49 |
| 8/14/2022 | 9 | | | $88.95 | | | $64.49 |
| 9/14/2022 | 10 | | | $88.95 | | | $64.49 |
| 10/14/2022 | 11 | | | $88.95 | | | $64.49 |
| 11/14/2022 | 12 | | | $88.95 | | | $64.49 |
| 12/14/2022 | 13 | | | $88.95 | 7 | at | $64.49 |
| 1/14/2023 | 14 | | | $88.95 | 1 | at | $98.61 |
| 2/14/2023 | 15 | | | $88.95 | | | $257.05 |
| 3/14/2023 | 16 | | | $88.95 | | | $257.05 |
| 4/14/2023 | 17 | | | $88.95 | | | $257.05 |
| 5/14/2023 | 18 | | | $88.95 | | | $257.05 |
| 6/14/2023 | 19 | 13 | at | $88.95 | 5 | at | $257.05 |
| 7/14/2023 | 20 | | | $176.61 | | | $169.39 |
| 8/14/2023 | 21 | | | $176.61 | | | $169.39 |
| 9/14/2023 | 22 | | | $176.61 | | | $169.39 |
| 10/14/2023 | 23 | | | $176.61 | | | $169.39 |
| 11/14/2023 | 24 | | | $176.61 | | | $169.39 |
| 12/14/2023 | 25 | 6 | at | $176.61 | 6 | at | $169.39 |
| 1/14/2024 | 26 | 1 | at | $243.53 | 1 | at | $102.47 |
| 2/14/2024 | 27 | | | $346.00 | | | $0.00 |
| 3/14/2024 | 28 | | | $346.00 | | | $0.00 |
| 4/14/2024 | 29 | | | $346.00 | | | $0.00 |
| 5/14/2024 | 30 | | | $346.00 | | | $0.00 |
| 6/14/2024 | 31 | 5 | at | $346.00 | | | $0.00 |
| 7/14/2024 | 32 | 1 | at | $320.72 | | | $0.00 |
| 8/14/2024 | 33 | | | $0.00 | | | $0.00 |
| 9/14/2024 | 34 | | | $0.00 | | | $0.00 |
| 10/14/2024 | 35 | | | $0.00 | | | $0.00 |
| 11/14/2024 | 36 | | | $0.00 | | | $0.00 |
| 12/14/2024 | 37 | | | $0.00 | | | $0.00 |
| 1/14/2025 | 38 | | | $0.00 | | | $0.00 |
| 2/14/2025 | 39 | | | $0.00 | | | $0.00 |
| 3/14/2025 | 40 | | | $0.00 | | | $0.00 |
| 4/14/2025 | 41 | | | $0.00 | | | $0.00 |
| 5/14/2025 | 42 | | | $0.00 | | | $0.00 |
| 6/14/2025 | 43 | | | $0.00 | | | $0.00 |
| 7/14/2025 | 44 | | | $0.00 | | | $0.00 |
| 8/14/2025 | 45 | | | $0.00 | | | $0.00 |
| 9/14/2025 | 46 | | | $0.00 | | | $0.00 |
| 10/14/2025 | 47 | | | $0.00 | | | $0.00 |
| 11/14/2025 | 48 | | | $0.00 | | | $0.00 |
| 12/14/2025 | 49 | | | $0.00 | | | $0.00 |
| 1/14/2026 | 50 | | | $0.00 | | | $0.00 |
| 2/14/2026 | 51 | | | $0.00 | | | $0.00 |
| 3/14/2026 | 52 | | | $0.00 | | | $0.00 |
| 4/14/2026 | 53 | | | $0.00 | | | $0.00 |
| 5/14/2026 | 54 | | | $0.00 | | | $0.00 |
| 6/14/2026 | 55 | | | $0.00 | | | $0.00 |
| 7/14/2026 | 56 | | | $0.00 | | | $0.00 |
| 8/14/2026 | 57 | | | $0.00 | | | $0.00 |
| 9/14/2026 | 58 | | | $0.00 | | | $0.00 |
| 10/14/2026 | 59 | | | $0.00 | | | $0.00 |
| 11/14/2026 | 60 | | | $0.00 | | | $0.00 |
| | | | | | | | |
| | | | | $4,810.56 | | | $3,254.16 |
| | | | | | | | |
| | | | | | | | |
| $0.00 | | | | | | | |
| | | | | 0.00 | | | 0.00 |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the First Amended Chapter 13 Plan has been provided to the all interested parties on the attached current mailing matrix on or before March 9, 2022.

/s/Samuel R Pennington
Samuel R. Pennington
Pennington Law Firm, P.A.
P.O. Box 1326
Tavares, FL 32778
(352) 508-8277
Fax : (352) 508-5796
Email: info@penningtonlawfirmpa.com
Attorneys for Debtor

Label Matrix for local noticing
113A-6
Case 6:21-bk-05165-LVV
Middle District of Florida
Orlando
Wed Mar  9 09:45:18 EST 2022

Ally Financial, c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Americredit Financial Services, Inc. Dba GM
P.O Box 183853
Arlington, TX 76096-3853

Kathy Lee Duerson-Love
831 Oakley Seaver Drive
Apt 512
Clermont, FL 34711-1994

AFS/AmeriFinancial Solutions, LLC.
Po Box 65018
Baltimore, MD 21264-5018

AFS/AmeriFinancial Solutions, LLC.
Po Box 7
Vassar, MI 48768-0007

(p)AMSCOT CORPORATION
ATTN RUBINA SHALDJIAN
600 N WESTSHORE BLVD #1200
TAMPA FL 33609-1117

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096-3853

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096-1145

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CCS
P.O. Box 55126
Boston, MA 02205-5126

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capio Partners, LLC
3400 Texoma Parkway
Sherman, TX 75090-1916

Capio Partners, LLC
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091-3498

Central FL Express Authority
Expressway Authority
PO Box 585070
Orlando, FL 32858-5070

Christopher E Frank
PO Box 2191
ROYAL OAK, MI 48068-2191

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

Chrysler Capital/Santander
P.O. Box 961275
Fort Worth, TX 76161-0275

City of Grosse Pointe
17147 Maumee Ave
Grosse Pointe, MI 48230-1589

City of Orlando
400 South Orange Ave
Orlando, FL 32801-3317

Clermont Radiology
871 Oakley Sever Drive
Clermont, FL 34711-1968

Cornerstone Comm Ffcu
2955 University Dr
Auburn Hills, MI 48326-2547

Cornerstone Community Financial Credit Union
PO Box 2191
Royal Oak, MI 48068-2191

Credit Collection Services
725 Canton St
Norwood, MA 02062-2679

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Directv
P.O. Box 5007
Carol Stream, IL 60197-5007

Duke Energy
P.O. Box 1004
Charlotte, NC 28201-1004

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

FDOT
P.O. Box 31241
Tampa, FL 33631-3241

(p)FIRST FEDERAL CREDIT CONTROL  INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668


Florida E Pass
P.O. Box 585070
Orlando, FL 32858-5070

GULF TO BAY ANESTHESIOLOGY
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Gulf-to-Bay Anesthesiology
P.O. Box 740712
Cincinnati, OH 45263-0001


HRRG
P.O. Box 5406
Cincinnati, OH 45273-7942

I C System
Attn: Bankruptcy
444 Highway 96 East
Saint Paul, MN 55127-2557

I C System
Po Box 64378
Saint Paul, MN 55164-0378


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

LVNV Funding/Resurgent Capital
Po Box 1269
Greenville, SC 29602-1269

Lab Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240


Laboratory Corp of America
P.O. Box 2240
Burlington, NC 27216-2240

Lake County Tax Collector
Post Office Box 327
Tavares FL 32778-0327

MI Depatment of Treasury
430 W Allegan Street
Lansing, MI 48933-1592


Merchants & Medical Credit Corp
6324 Taylor Dr
Flint, MI 48507-4685

Merchants & Medical Credit Corp
Attn: Bankruptcy
6324 Taylor Drive
Flint, MI 48507-4685

Michigan Dept of Treasury
3030 W Grand Blvd
Suite 10-200
Detroit, MI 48202-6030


(p)CONGRESS COLLECTION
701 SNOW RD
STE C
LANSING MI 48917-4087

Nissan Motor Acceptance
Attn: Bankruptcy Dept
Po Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance
Po Box 660360
Dallas, TX 75266-0360


(p)ORLANDO HEALTH
ATTN REVENUE MANAGEMENT ADMINISTRATION/ROBIN RODRI
3160 SOUTHGATE COMMERCE BLVD
SUITE 40
ORLANDO FL 32806-8550

Progress Residential 2015-3
Borrower LLC
c/o Matthew E. Siegel
2753 SR 580, Ste 209
Clearwater, FL 33761-3345

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788


Quest Diagnostic
P.O. Box 7308
Hollister, MO 65673-7308

Quest Diagnostics
P.O. Box 740781
Cincinnati, OH 45274-0781

Quest Diagnostics
P.O. Box 740785
Cincinnati, OH 45274-0795

RMP Services LLC
P.O. Box 630844
Cincinnati, OH 45263-0844

Radius Global Solutions LLC
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439-3132

Santander Consumer USA
Po Box 961275
Fort Worth, TX 76161-0275

State of Michigan
Department of Treasury
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202-6030

Synchrony Bank/ JC Penneys
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/ JC Penneys
Po Box 965007
Orlando, FL 32896-5007

United Collection Serv
106 Commerce St Ste 101
Lake Mary, FL 32746-6217

United Collection Serv
Attn: Bankruptcy Department
106 Commerce St., Suite 106
Lake Mary, FL 32746-6217

Verizon Wireless
P.O. Box 489
Newark, NJ 07101-0489

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

(p)WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Samuel R Pennington +
Pennington Law Firm, P.A.
P.O. Box 1326
Tavares, FL 32778-1326

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmScot
17195 US Hwy 441
Suite 110
Mount Dora, FL 32757

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
Dba GM Financial
P O Box 183853
Arlington, TX 76096

(d)Amscot
P.O. Box 25137
Tampa, FL 33622

Caine & Weiner
Po Box 55848
Sherman Oaks, CA 91413

First Federal Credit Control
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

(d)First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122

Mid-Michigan Collection Bureau
Attn: Bankruptcy
Po Box 130
Saint Johns, MI 49204

(d)Mid-Michigan Collection Bureau
Pob 130
Saint Johns, MI 48879

Orlando Health
P.O. Box 919601
Orlando, FL 32891

Wells Fargo Bank
Attn: Bankruptcy Dept
Po Box 6429
Greenville, SC 29606

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)UCF Parking Authority

End of Label Matrix
Mailable recipients    75
Bypassed recipients     1
Total                  76